No problem. Thank you very much. Hi, everyone. I'm a customer service and information manager. In one version, there was principle courses for conversion services. So, he deployed Prediction Studio. Custom services building, the Prediction Studio was now enabling display. And in Prediction Studio, it was a display to attach the crucial part to theorem property using the cognitive subtrading pattern of the prediction. We then did a distribution Prediction Studio with it. And we did a group of high school students who did design and post-graduate studies so that they saw the value of the Prediction Studio. So, we did a group of them. That's correct. And it was a... We had a... Okay, they started in state court. We produced a lot of claims. We did a lot of documentation. We had a couple of people who posted. And then, we did a lot of high school students who did a little bit of research on it. And we had a group of some of these high school students who did a lot of tests. And, of course, we did a group of high schoolers who did a courtroom research at USAD, which is very much a single case study. Yes, it's an organization where several court cases can be considered.  So, we had a problem with the Police Department but a huge problem with the Court of Appeals which is how we got this case solved  We then did quite a few eranities near the USMCA. It takes issues to get that to work and you have to fight cheating and then it was A Planner Specialist I thought it was pretty cool how it could work and then it didn't so I agreed to do that. In the source material it shows it's not so important what the submitted case is it's just the one person. They are the ones that raised the question? Yes  So it just depends on the questions because next time we also get a client  That's very nice. There're a lot more studies than that. So it was a pretty huge thing ever since I started. Well, we have petitionени Yes an employee is coming back to our institution  How can we include her digitally as a contributor to our institution? She's sort of a critical part of that council It's fair to say that, содержance and its not even limited And clearly in any future That's true because if you insert theDamageRate of 144 North West To Consortium committee is a subcommittee of D there's no question it's a social entity So, what shall we do about it? So, the employment response is a part and sequence of D So, it's not a part and sequence of D There is a situation in education where employment is often reliance on the less-than-use model so that it's just whether there are precautions that have to be taken in order to make a choice and the education process is required to to create a subcommittee so that you're not having to go through these processes of self-contracting So, if you've got a lawsuit against this third party you're doing something that's against the practice there's many roles that you can play in order to address this issue So, it's a significant piece of the process so under the law it's used to appeal an issue So, I'm going to give you a 0-1-1-1-2 which is the law of how the procedure is set forth in the agreement and it's going to be a split in the contract So, basically the law has prevented quite often a situation where you're going to solve all these problems and that's going to mean the process settled in the contract but the way things also happen in each case or in each or in any case in any case is that the the background or the subject has to have a special procedure and all that's the source is that you have to go through a sub-department in order to talk to the person who's the person who's going to be the sole subject of this policy which is the procedure So, basically you can go to the arbitrator who has to say that and he's going to say you know, in case that you're talking to a foreigner, you can go to the arbitrator and you're not going to be able to say that you want him to sign it and he's going to say that he's going to sign it and you're going to be able to say that he actually means something I know that there are cases where you can go out and if you are here and actually judge that he means something then you need to at least in this case the sub-department is not allowed all that you can do is the employer's actions I mean that's the only part that's used by the sub-department so the arbitrator is trying to figure out since the employer's actions were just really large parts of the contract foundations you know how are we doing this is continuing litigation here so this is what I think I think there are many recommendations for that what are your recommendations? there's a recommendation on the credentials recognition recognition on the credentials does it apply to other clients? does it apply to other clients? I mean I don't see anything in terms of actual what the what the credentials for most of these people I don't know what the recommendation was but really anything she does is not consistent is not substantial so I think that that would be one of the factors but I think that recommendation but I don't know the recommendation cannot be announced to the sub-department since the employer is not and in this case they received false information into part of the sub-department yes the only way in which the local commission could use this way to resolve that question would have to be the sub-department I don't know whether or not the recommendation cannot be announced to the sub-department but it comes to the sub-department it doesn't it is it is it is it is it is it is it is it is it is it is 시간    시간이 시간이 시간 시간이 time  time time time is time  time  time is time is time is time is time is is time is time is time time is time in think think think sense sense sense sense the the the the the the the information information information information formed was  well well well well well I I I I I I I I I I I I
judges: Berzon, Watford, Soto